# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA WALLWEY and WILLIAM WALLWEY, | ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV41 |
| vs. | ) ) | ORDER |
| GUIDANT SALES CORPORATION, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the motions for leave to withdraw of Deborah A. Moeller (Filing No. 11) and Timothy A. Pratt (Filing No. 12) as counsel for the defendant. The court notes other counsel represents the defendant. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motions for leave to withdraw of Deborah A. Moeller (Filing No. 11) and Timothy A. Pratt (Filing No. 12) as counsel for the defendant are granted.

2. The Clerk of Court shall stop all electronic notices to Deborah A. Moeller and Timothy A. Pratt regarding this case.

DATED this 14th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge