JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

MAR - 2 2006

06 MAR 24 PM 1: 11

FILED
CLERK'S OFFICE

OFFICE OF THE CLERK

DOCKET NO. 1708

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-7)** 8:06CV41

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 95 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, 398 F.Supp.2d 1371 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED

MAR 2 4 2006

CLERK
U.S. DISTRICT COURT
OMAHA

# SCHEDULE CTO-7 - TAG-ALONG ACTIONS
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CALIFORNIA CENTRAL<br>CAC 2  06-279 | Rebecca H. Smith, et al. v. Guidant Corp., et al. |
| FLORIDA SOUTHERN<br>FLS 1  06-20214 | Gilberto Osle v. Guidant Corp. |
| INDIANA SOUTHERN<br>INS 1  06-153 | Pamela Alexson, et al. v. Guidant Corp., et al. |
| NEBRASKA<br>NE 8  06-41 | Barbara Wallwey, et al. v. Guidant Sales Corp. |
| SOUTH DAKOTA<br>SD 4  06-4024 | Lisa Bultena v. Guidant Corp., et al. |

## INVOLVED COUNSEL LIST (CTO-7)
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Renee H. Christensen
Johnson & Christensen, PC
431 N. Phillips Avenue
Suite 300
P.O. Box 899
Sioux Falls, SD 57101-0899

Ronald W. Dunbar, Jr.
Dunbar & Rodman, LLP
One Gateway Center
Suite 405
Newton, MA 02458

Lance A. Harke
Harke & Clasby LLP
155 South Miami Avenue
Suite 600
Miami, FL 33130

Deborah A. Moeller
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Timothy A. Pratt
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

John R. Price
John R. Price & Associates
9000 Keystone Crossing
Suite 150
Indianapolis, IN 46240

Joseph M. Price
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Martin A. Ramey
Martin & Jones
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Thomas G. Stayton
Baker & Daniels
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1782

Dianne R. Wallwey
P.O. Box 234
Spencer, IA 51301

David M. Wear
Cassem, Tierney Law Firm
8805 Indian Hills Drive
Suite 300
Omaha, NE 68114

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123