A CERTIFIED TRUE COPY

MAR 2 0 2006

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 2 2006

FILED
CLERK'S OFFICE

8:06CV41

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-7)**

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 95 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, 398 F.Supp.2d 1371 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true printed copy in _2_ sheet(s)
of the electronic record filed on _3/27/06_
in the United States District Court
for the District of Minnesota.
CERTIFIED, _3-29-06_, 20___
RICHARD D. SLETTEN
BY: _[signature]_
Deputy Clerk

SCANNED
MAR 2 7 2006
U.S. DISTRICT COURT MPLS

MAR 2 7 2006
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D

## SCHEDULE CTO-7 - TAG-ALONG ACTIONS
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| CALIFORNIA CENTRAL | | |
| CAC 2  06-279 | Rebecca H. Smith, et al. v. Guidant Corp., et al. | 06-1171 |
| FLORIDA SOUTHERN | | |
| FLS 1  06-20214 | Gilberto Osle v. Guidant Corp. | 06-1172 |
| INDIANA SOUTHERN | | |
| INS 1  06-153 | Pamela Alexson, et al. v. Guidant Corp., et al. | 06-1173 |
| NEBRASKA | | |
| NE 8  06-41 | Barbara Wallwey, et al. v. Guidant Sales Corp. | 06-1174 |
| SOUTH DAKOTA | | |
| SD 4  06-4024 | Lisa Bultena v. Guidant Corp., et al. | 06-1175 |